| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**LOWENSTEIN SANDLER PC**<br>Kenneth A. Rosen, Esq. (KR 4963)<br>S. Jason Teele, Esq. (SJT 7390)<br>Timothy R. Wheeler, Esq. (TW 3466)<br>Wojciech F. Jung, Esq. (WJ 2047)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br>*Counsel to the Debtor and Debtor in Possession* |
| In re:<br><br>EPV SOLAR, INC.,<br><br>Debtor. |

Order Filed on 4/13/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 11

Case No. 10-15173 (MBK)

## SECOND INTERIM DIP FINANCING ORDER

The relief set forth on the following pages two (2) through three (3) is hereby **ORDERED**.

**DATED: 4/13/2010**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:     2
In Re:    EPV Solar, Inc.
Case No.: 10-15173 (MBK)
Caption:  Second Interim DIP Financing Order

---

**UPON** the (i) Debtor's Motion for Interim and Final Orders (a) Authorizing The Debtor to Obtain Post-petition Financing and other Extensions of Credit from the DIP Lenders,[1] Grant Security Interests and Liens and Super-priority Status Pursuant to 11 U.S.C. §§ 361, 364(c) and 364(d); (b) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)(b); (c) Granting Adequate Protection; (d) Giving Notice of Final Hearing Pursuant to Rule 4001(b)(2) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and (e) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "<u>DIP Financing Motion</u>") (Docket No. 74), and (ii) the Amended Interim Order (a) Authorizing the Debtor to Obtain Post-Petition Financing, Grant Security Interests and Liens and Accord Priority Status Pursuant to 11 U.S.C. §§ 361, 364(c) and 364(d); (b) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)(B); (c) Granting Adequate Protection; (d) Giving Notice of Final Hearing on April 12, 2010 Pursuant to Bankruptcy Rule 4001(b)(2) and (c)(2) and (e) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "<u>Interim DIP Financing Order</u>") (Docket No. 122); and the Court finding that (i) it has jurisdiction over the matters raised in the DIP Financing Motion and the Interim DIP Financing Order pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief granted herein has been agreed to by the Debtor and the DIP Lenders; and (iv) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby

**ORDERED**:

1. The Interim DIP Financing Order is hereby extended from April 12, 2010 to and including the date of the Final Hearing currently scheduled for **April 19, 2010 at 11:00 a.m.**

2. Except as otherwise expressly set forth herein, the Interim DIP Financing

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Financing Motion.

*Approved by Judge Michael Kaplan April 13, 2010*

Page:      3
In Re:     EPV Solar, Inc.
Case No.:  10-15173 (MBK)
Caption:   Second Interim DIP Financing Order

---

Order shall remain in full force and effect in accordance with its terms and the rights and remedies of all parties in connection with the DIP Financing Motion and Interim DIP Financing Order, including without limitation all such rights and remedies arising from and in connection with an Event of Default, are reserved in all respects.

3. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

4. This Order is effective immediately upon entry.

*Approved by Judge Michael Kaplan April 13, 2010*