**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq. (KR 4963)
S. Jason Teele, Esq. (SJT 7390)
Timothy R. Wheeler, Esq. (TW 3466)
Wojciech F. Jung, Esq. (WJ 2047)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| EPV SOLAR, INC., | Case No. 10-15173 (MBK) |
| Debtor. | |

**NOTICE OF RESCHEDULED HEARINGS**
Rescheduled Hearing Date: May 3, 2010 at 11:00 a.m.

**PLEASE TAKE NOTICE** that the Case Status Conference and the hearings on the following motions, previously scheduled for April 26, 2010, have been adjourned until **May 3, 2010 at 11:00 a.m.** before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fischer Courthouse, 2nd Floor, 402 East State Street, Trenton, New Jersey 08625:

(A) Debtor's Motion for Interim and Final Orders (a) Authorizing the Debtor to Obtain Post-Petition Financing, Grant Security Interests and Liens and Accord Priority Status Pursuant to 11 U.S.C. Sections 361, 364(c) and 364(d); (b) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2)(b); (c) Granting Adequate Protection; (d) Giving Notice of Final Hearing Pursuant to Bankruptcy Rule 4001(b)(2) and (c)(2); and (e) Modifying Automatic Stay Pursuant to 11 U.S.C. Section 362(d) [Docket No. 74];

(B) Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 1112(b) Converting the Debtor's Chapter 11 Case to a Case

Under Chapter 7 of the Bankruptcy Code [Docket No. 137];

      (C)     Joint Motion for Entry of an Order Quashing Discovery Demands of the Official Committee of Unsecured Creditors [Docket No. 143];

      (D)     Objection of the Official Committee of Unsecured Creditors to Joint Motion for Entry of an Order Quashing Discovery Demands and Cross-Motion to Compel Compliance with Subpoenas and Notice of Deposition and Document Request [Docket No. 146]; and

      (E)     Debtor's Supplemental Application for a Final Order (a) Authorizing the Debtor to Obtain Post-Petition Financing, Grant Security Interests and Liens and Accord Priority Status Pursuant to 11 U.S.C. Sections 361, 364(c) and 364(d); (b) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2)(b); (c) Granting Adequate Protection; (d) Giving Notice of Final Hearing Pursuant to Bankruptcy Rule 4001(b)(2) and (c)(2); and (e) Modifying Automatic Stay Pursuant to 11 U.S.C. Section 362(d) [Docket No. 246].

| | |
|---|---|
| Dated: April 23, 2010<br>      Roseland, New Jersey | Respectfully submitted,<br>**LOWENSTEIN SANDLER PC**<br>/s/ *Timothy R. Wheeler*<br>Kenneth A. Rosen, Esq. (KR 4963)<br>S. Jason Teele, Esq. (SJT 7390)<br>Timothy R. Wheeler, Esq. (TW 3466)<br>Wojciech F. Jung, Esq. (WJ 2047)<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br>*Counsel to the Debtor and Debtor in Possession* |